| | |
|---|---|
| 1 | LAW OFFICES OF JON E. DRUCKER, PC |
| | JON E. DRUCKER, SBN 139389 |
| 2 | 8306 Wilshire Boulevard # 638 |
| | Beverly Hills, California 90211 |
| 3 | ph(323) 931-6363 |
| | fax (310) 861-5480 |
| 4 | Email: jdrucker@lawyers.com |

Attorneys for Plaintiffs Elwood Quesada,
James DeRosa, and All Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELWOOD QUESADA AND JAMES DeROSA and Others Similarly Situated, | Case No. CV-11-1703-EMC |
| Plaintiffs, | **STIPULATION RE THIRD AMENDED COMPLAINT AND TO TAKE HEARING ON DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT OFF CALENDAR** ; ORDER |
| v. | |
| BANC OF AMERICA INVESTMENT SERVICES INC. NKA MERRILL LYNCH PIERCE FENNER & SMITH, INC., | Date: November 21, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 3 – 5th Floor |
| Defendant. | Complaint Filed: February 7, 2011<br>FAC Filed: May 11, 2011<br>SAC Filed: September 23, 2011 |
| | The Honorable Edward M. Chen |

The parties, Plaintiffs Elwood Quesada and James DeRosa ("Plaintiffs") and Banc of America Investment Services Inc.'s (nka Merrill Lynch Pierce Fenner & Smith, Inc.) ("Defendant" or "BOA"), hereby stipulate to Plaintiffs filing of a third amended complaint and to take the currently pending Motion to Dismiss (the "Motion") the Second Amended Complaint ("SAC") off-calendar.

LAW OFFICES OF
JON E. DRUCKER, PC

Case No. CV-11-01703 EMC
STIP & ORDER RE 3RD AMENDED COMPLAINT AND TO TAKE HEARING RE 2ND AMENDED COMPLAINT OFF-CALENDAR

WHEREAS, Plaintiffs inadvertently filed an early draft of the SAC that omitted critical details, and they would like to correct that mistake;

WHEREAS, as a matter of right, Plaintiffs can file a third amended complaint in response to Defendant's MTD the SAC;

WHEREAS, Defendant consents to Plaintiffs filing a third amended complaint, without waiver of any of its defenses thereto;

WHEREAS, Plaintiffs consent to Defendant having 21-days to respond to the third amended complaint;

WHEREAS, in light of the filing of a third amended complaint, the currently scheduled hearing on the MTD the SAC, now set for November 21, 2011, should go off-calendar.

**THEREFORE**, the Parties hereby stipulate to Plaintiffs' filing of a third amended complaint on or before October 28, 2010, to Defendant filing its response thereto no later than 21-days thereafter, and to take the pending hearing on the MTD the SAC off-calendar.

Respectfully Submitted,
LAW OFFICES OF JON E. DRUCKER, PC

Dated: October 25, 2011    By: _____/s/_____
                                Jon E. Drucker
                                Attorneys for Plaintiffs Elwood Quesada, James DeRosa, and All Others Similarly Situated

REED SMITH LLP

Dated: October 25, 2011    By: _____/s/_____
                                Heather B. Hoesterey
                                Attorneys for Defendant
                                BANC OF AMERICA INVESTMENT SERVICES INC.
                                NKA MERRILL LYNCH PIERCE FENNER & SMITH, INC.,

ORDER

IT IS SO ORDERED.

Dated: October __27__, 2011    By:_____
                                    UNITED STATES D[ISTRICT JUDGE]

IT IS SO ORDERED
Judge Edward M. Chen

Case No. CV-11-01703 EMC
STIP & ORDER RE 3RD AMENDED COMPLAINT AND TO TAKE HEARING [ON 2ND AMENDED] COMPLAINT OFF-CALENDAR