LAW OFFICES OF JON E. DRUCKER, PC
JON E. DRUCKER, SBN 139389
8306 Wilshire Boulevard # 638
Beverly Hills, California 90211
ph(323) 931-6363
fax (310) 861-5480
Email: jdrucker@lawyers.com

Attorneys for Plaintiffs Elwood Quesada,
James DeRosa, and All Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELWOOD QUESADA AND JAMES DeROSA and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANC OF AMERICA INVESTMENT SERVICES INC. NKA MERRILL LYNCH PIERCE FENNER & SMITH, INC.,<br><br>Defendant. | Case No.  CV-11-1703-EMC<br><br>**STIPULATION RE THIRD AMENDED COMPLAINT AND TO TAKE HEARING ON DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT OFF CALENDAR**   ; ORDER<br><br>Date:    November 21, 2011<br>Time:    2:00 p.m.<br>Place:   Courtroom 3 – 5th Floor<br><br>Complaint Filed:  February 7, 2011<br>FAC Filed: May 11, 2011<br>SAC Filed: September 23, 2011<br><br>The Honorable Edward M. Chen |

The parties, Plaintiffs Elwood Quesada and James DeRosa ("Plaintiffs") and Banc of America Investment Services Inc.'s (nka Merrill Lynch Pierce Fenner & Smith, Inc.) ("Defendant" or "BOA"), hereby stipulate to Plaintiffs filing of a third amended complaint and to take the currently pending Motion to Dismiss (the "Motion") the Second Amended Complaint ("SAC") off-calendar.

WHEREAS, Plaintiffs inadvertently filed an early draft of the SAC that omitted critical details, and they would like to correct that mistake;

WHEREAS, as a matter of right, Plaintiffs can file a third amended complaint in response to Defendant's MTD the SAC;

WHEREAS, Defendant consents to Plaintiffs filing a third amended complaint, without waiver of any of its defenses thereto;

WHEREAS, Plaintiffs consent to Defendant having 21-days to respond to the third amended complaint;

WHEREAS, in light of the filing of a third amended complaint, the currently scheduled hearing on the MTD the SAC, now set for November 21, 2011, should go off-calendar.

**THEREFORE**, the Parties hereby stipulate to Plaintiffs' filing of a third amended complaint on or before October 28, 2010, to Defendant filing its response thereto no later than 21-days thereafter, and to take the pending hearing on the MTD the SAC off-calendar.

Respectfully Submitted,
LAW OFFICES OF JON E. DRUCKER, PC

Dated: October 25, 2011    By: _____/s/_____
                                Jon E. Drucker
                                Attorneys for Plaintiffs Elwood Quesada, James DeRosa, and All Others Similarly Situated

REED SMITH LLP

Dated: October 25, 2011    By: _____/s/_____
                                Heather B. Hoesterey
                                Attorneys for Defendant
                                BANC OF AMERICA INVESTMENT SERVICES INC.
                                NKA MERRILL LYNCH PIERCE FENNER & SMITH, INC.,

ORDER

IT IS SO ORDERED.

Dated: October __27__, 2011    By:_____
                                UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No. CV-11-01703 EMC
STIP & ORDER RE 3RD AMENDED COMPLAINT AND TO TAKE HEARING RE 2ND AMENDED COMPLAINT OFF-CALENDAR

2