# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD QUESADA, JAMES DEROSA, and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BANC OF AM. INVESTMENT SERVS., INC. *et al.*,<br><br>  Defendants. | Case No.: C-11-01703 YGR<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT CASE MANAGEMENT STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In the Clerk's Notice Setting a Case Management Conference for May 7, 2012, the parties were notified of the requirement to file a Joint Case Management Statement fourteen days in advance of the Case Management Conference date. *See* "Standing Order in Civil Cases," ¶ 6. To date the parties have not filed a Joint Case Management Statement.

The May 7, 2012 Case Management Conference is **CONTINUED** to **May 14, 2012** at **2:00 p.m**.

No later than **Monday, May 7, 2012**, the parties shall file either: (1) a Joint Case Management Statement, which must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement"; or (2) a statement setting forth an explanation for their failure to comply. Failure to do so may be considered grounds for imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**