**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Elwood Quesada and James DeRosa,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>Banc of America Investment Services, Inc. nka Merrill Lynch, Pierce, Fenner & Smith, Inc.,<br><br>　　　　Defendant(s). | Case No.: C-11-1703-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on June 11, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE AND TRIAL SETTING: | Monday, 11/6/2012 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | 10/31/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/29/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 9/1/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 8/1/12<br>Rebuttal: 8/10/12 |
| EXPERT DISCOVERY CUTOFF: | 9/1/12 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 11/13/12 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | [to be set] |
| PRETRIAL CONFERENCE: | Friday,　　at 9:00 a.m. [to be set] |
| TRIAL DATE: | Monday, _____ at 8:30 a.m. [to be set]<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| T<small>RIAL</small> L<small>ENGTH</small>: | <u>2</u>  days |
|---|---|

Class Certification Motion to be heard by <u>9/11/2012</u>.  Counsel to submit a stipulated briefing schedule which will also allow for the two weeks the Court requires for reviewing this motion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**I**<small>T</small> **I**<small>S</small> **S**<small>O</small> **O**<small>RDERED</small>**.**

Dated: June 19, 2012

_____
Y<small>VONNE</small> G<small>ONZALEZ</small> R<small>OGERS</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>

2