**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELWOOD QUESADA, JAMES DEROSA**, and others similarly situated,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**BANC OF AM. INVESTMENT SERVS., INC. N/K/A MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,**<br><br>    **Defendant(s).** | Case No.: C-11-01703 YGR<br><br>**ORDER TO SHOW CAUSE AND SETTING COMPLIANCE HEARING** |

The Court has reviewed Defendant's Letter Brief Concerning Discovery Issues, Dkt. No. 63, which indicates that Plaintiffs have been nonresponsive to and/or uncooperative with Defendant in its efforts to resolve the discovery issues informally and without Court intervention.

The Court sets this matter for a Compliance Hearing to be held on **Friday, July 20, 2012** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than **July 18, 2012**, counsel for Plaintiffs shall file a written response to this Order to Show Cause why Plaintiffs should not be sanctioned and Ordered to respond in full to Defendant's discovery requests. If the Court is satisfied with Plaintiffs' response, the Court will issue an order that counsel need not appear and the compliance hearing will be taken off calendar. Otherwise, personal appearance of lead counsel for the Plaintiffs is required. Counsel for Defendant may appear by telephone.

**IT IS SO ORDERED.**

Date: July 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**