**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELWOOD QUESADA, JAMES DEROSA**, and others similarly situated,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**BANC OF AM. INVESTMENT SERVS., INC. N/K/A MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,**<br><br>    **Defendant(s).** | **Case No.: C-11-01703 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING AND DIRECTING PARTIES TO MEET AND CONFER TO RESOLVE REMAINING DISCOVERY ISSUES** |

The Court has reviewed Defendant's Letter Brief Concerning Discovery Issues, Dkt. No. 63, and Plaintiffs' response to the Court's Order to Show Cause, *see* Dkt. Nos. 64 & 65. Based upon Plaintiffs' response, it appears that the parties have resolved the outstanding discovery issues. The parties are hereby **ORDERED** to meet and confer to resolve any remaining discovery issues.

The Compliance Hearing is hereby **CONTINUED** to **Wednesday, July 25, 2012** at **10:00 a.m.** in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than **July 23, 2012**, counsel shall file a **JOINT STATEMENT**: (1) notifying the Court that the parties were able to resolve any remaining discovery issues; or (2) concisely summarizing those remaining discovery issues that counsel were unable to resolve. If the Court is satisfied with the parties' response, the Court will issue an order that counsel need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: July 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**