David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Ashley L. Shively (SBN 264912)
Email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Merrill Lynch, Pierce, Fenner & Smith, Inc.,
successor in interest to Banc of America
Investment Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ELWOOD QUESADA, JAMES DeROSA, and Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC., NKA MERRILL LYNCH, PIERCE, FENNER & SMITH, INC,<br><br>Defendant. | Case No. CV-11-01703 YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Honorable Yvonne Gonzalez Rogers |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is **dismissed with prejudice**
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs and
4 attorneys' fees.

5  **SO STIPULATED:**

6

7  DATED:  May 29, 2013        REED SMITH LLP

8

9                                                     By      /s/ Ashley L. Shively
                                                              Ashley L. Shively
10                                                            Attorney for Defendant
                                                              Merrill Lynch, Pierce, Fenner & Smith, Inc.,
                                                              successor in interest to Banc of America Investment
11                                                            Services, Inc.

12  DATED:  May 29, 2013        LAW OFFICES OF JON E. DRUCKER, PC
13

14                                                     By      /s/ Jon E. Drucker
                                                              *[concurrence in filing received]*
15                                                            Jon E. Drucker
                                                              Attorney for Plaintiff
16                                                            Elwood Quesada

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-11-01703 YGR        – 2 –
STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

The Court, having considered the Stipulation between the parties, Orders the operative complaint in this action **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorneys' fees. The Court **VACATES** the compliance hearing set for June 7, 2013, and all other dates set in this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 29, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge