1  David C. Powell (SBN 129781)
   Email: dpowell@reedsmith.com
2  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
3  Ashley L. Shively (SBN 264912)
   Email: ashively@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA 94105-3659
   Telephone:    +1 415 543 8700
6  Facsimile:     +1 415 391 8269

7  Attorneys for Defendant
   Merrill Lynch, Pierce, Fenner & Smith, Inc.,
8  successor in interest to Banc of America
   Investment Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ELWOOD QUESADA, JAMES DeROSA, and Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC., NKA MERRILL LYNCH, PIERCE, FENNER & SMITH, INC,<br><br>Defendant. | Case No. CV-11-01703 YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Honorable Yvonne Gonzalez Rogers |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is **dismissed with prejudice**
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs and
4 attorneys' fees.

5  **SO STIPULATED:**

7  DATED:  May 29, 2013        REED SMITH LLP

  By    /s/ Ashley L. Shively
9       Ashley L. Shively
        Attorney for Defendant
10      Merrill Lynch, Pierce, Fenner & Smith, Inc.,
        successor in interest to Banc of America Investment
11      Services, Inc.

13  DATED:  May 29, 2013        LAW OFFICES OF JON E. DRUCKER, PC

14  By    /s/ Jon E. Drucker
      *[concurrence in filing received]*
15    Jon E. Drucker
      Attorney for Plaintiff
16    Elwood Quesada

**[~~PROPOSED~~] ORDER**

The Court, having considered the Stipulation between the parties, Orders the operative complaint in this action **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorneys' fees. The Court **VACATES** the compliance hearing set for June 7, 2013, and all other dates set in this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 29, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge